IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00370–WYD–KMT

DEAN ARAGON,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT OFFICER BRIAN MUDLOFF,
DENVER POLICE OFFICER LEXIDO JORGE, and
THE CITY OF DENVER, Jointly and Severally,

    Defendants.

---

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

This matter is before the court on "Plaintiff's Motion for Leave of Court to File his First Amended Complaint." (Doc. No. 12, filed 6/17/2011.) Plaintiff seeks to add a defendant to his complaint. He indicates that Defendants "do not take a position" as to his motion. (*Id.* at ¶ 5.)

Plaintiff has not attached a proposed amended complaint to his motion. As a result, it is impossible to determine if the proposed amendment is permissible. Accordingly, the motion is DENIED without prejudice. No later than June 24, 2011, Plaintiff shall file a renewed motion to amend his complaint. Plaintiff must attach a proposed amended complaint to his motion.

Dated: June 20, 2011.