IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00370–WYD–KMT

DEAN ARAGON,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT OFFICER BRIAN MUDLOFF,
DENVER POLICE OFFICER LEXIDO JORGE, and
THE CITY OF DENVER, Jointly and Severally,

    Defendants.

## ORDER

    Due to a scheduling conflict, the final pretrial conference set in this matter for February 21, 2012 at 9:45 a.m. is VACATED.  The final pretrial conference is hereby reset for March 8, 2012 at 9:45 a.m.

    The parties are reminded that a Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) <u>business</u> days prior to the final pretrial conference.

    Dated this 12th day of July, 2011.

BY THE COURT:

*(signature)*

Kathleen M. Tafoya
United States Magistrate Judge